# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVANS TUTT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　Defendants. | 3:19-cv-00198-MMD-WGC<br><br>**REFERRAL TO PRO BONO PROGRAM** |

　　　　This case is referred to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of identifying counsel willing to be appointed as pro bono counsel for Plaintiff Evans Tutt. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the court is not expressing an opinion as to the merits of the case. Accordingly,

　　　　**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

　　　　**IT IS FURTHER ORDERED** that the Clerk forward this order to the Pro Bono Liaison.

　　　　DATED: June 21, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE