UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EVANS TUTT, | Case No. 3:19-cv-00198-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Defendants. | |

On July 21, 2021, the Court ordered that this action be dismissed in 90 days if no motion for substitution is filed pursuant to Federal Rule of Civil Procedure 25(a)(1). (ECF No. 50.) The Court entered this order upon a suggestion of death filed in another case, where *pro se* Plaintiff Evans Tutt was a party in that case, that confirmed he had passed away. *See* Tutt v. State of Nevada, Case No. 3:20-cv-00722-MMD-CLB, (ECF Nos. 15, 15-1). To date, no motion for substitution has been filed in this case and the 90-day period has passed. Accordingly, the Court will dismiss this action and deny all pending motions (ECF Nos. 32, 33) as moot.

It is therefore ordered that this action is dismissed as moot.

It is further ordered that Plaintiff Evans Tutt's pending motions (ECF Nos. 32, 33) are denied as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 26th Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE